## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAUL RAMIREZ, ) <br> ) <br> Defendant. ) | 8:05CR184 <br><br> ORDER |

      Before the court is Attorney Carlos A. Monzon's Motion to Withdraw [16] as counsel for the defendant.   On May 20, 2005, Attorney Glenn A. Shapiro entered an Appearance of Counsel [14].  For that reason, the Motion to Withdraw [16] will be granted and Mr. Monzon will be deemed withdrawn as attorney of record.

      IT IS SO ORDERED.

      DATED this 24th day of May, 2005.

                            BY THE COURT:

                            s/ F. A. Gossett <br>
                            U.S. Magistrate Judge