IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| Plaintiff,         ) | 8:05cr184 |
| v.         ) | |
| RAUL RAMIREZ,         ) | ORDER |
| Defendant.         ) | |

The Clerk's Office has requested that Document Numbers 16 and 17 be stricken from the record for the following reason(s):

- Documents filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 16 and 17 from the record. The documents will be re-filed in correct case.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge