IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>RAUL RAMIREZ,  )<br>  )<br>      Defendant.  )<br>  ) | 8:05cr184<br><br>ORDER |

The Clerk's Office has requested that Document Number 34 be stricken from the record for the following reason(s):

- Filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 34 from the record.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge