IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAUL RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's application to proceed in forma pauperis. Filing No. 44. The court being fully advised finds that this motion should be granted.

THEREFORE, IT IS ORDERED THAT defendant's application to proceed in forma paperis, Filing No. 44, is hereby granted.

Dated this 31st day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge